# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH DA'VON REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16CV149 JCH |
| | ) | |
| HARRY RUSSELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Plaintiff moves for an extension of time to file an amended complaint and for appointment of counsel. Plaintiff's motion for an extension of time is reasonable and is granted. Plaintiff's motion for appointment of counsel is denied without prejudice.

There is no constitutional or statutory right to appointed counsel in civil cases. *Nelson v. Redfield Lithograph Printing*, 728 F.2d 1003, 1004 (8th Cir. 1984). In determining whether to appoint counsel, the Court considers several factors, including (1) whether the plaintiff has presented non-frivolous allegations supporting his or her prayer for relief; (2) whether the plaintiff will substantially benefit from the appointment of counsel; (3) whether there is a need to further investigate and present the facts related to the plaintiff's allegations; and (4) whether the factual and legal issues presented by the action are complex. *See Johnson v. Williams*, 788 F.2d 1319, 1322-23 (8th Cir. 1986); *Nelson*, 728 F.2d at 1005.

Plaintiff has presented non-frivolous allegations in his complaint. However, he has demonstrated, at this point, that he can adequately present his claims to the Court. Additionally, neither the factual nor the legal issues in this case are complex.

The Court will entertain future motions for appointment of counsel as the case progresses.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time to file an amended complaint [ECF No. 7] is **GRANTED**. Plaintiff must file his amended complaint no later than **March 31, 2016**.

**IT IS FURTHER ORDERED** that plaintiff's motions for appointment of counsel [ECF Nos. 3, 6] are **DENIED** without prejudice.

Dated this 23rd day of February, 2016.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE